Wayland D. MORROW, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76179.

Missouri Court of Appeals,
Western District.

Aug. 26, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
30, 2014.

Application for Transfer Denied
Nov. 25, 2014.

Susan L. Hogan, Kansas City, MO, for appellant.

Robert J. Bartholomew Jr., Jefferson City, MO, for respondent.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM:

Wayland Morrow was convicted of one count of second-degree murder and one count of armed criminal action by a Cass County jury. We affirmed Morrow's conviction on direct appeal. *State v. Morrow*, 334 S.W.3d 925 (Mo.App.W.D.2011). Morrow now appeals the denial of his motion for post conviction relief under Rule 29.15 alleging that he received ineffective assistance of counsel during the penalty phase of the trial. We affirm. Rule 84.16(b).